UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| ROBERT ZIMMERMAN, )<br> )<br>    Plaintiff, )<br> )<br>v. )<br> )<br>GREAT AMERICAN INSURANCE COMPANY, )<br>GAIL SALAFIA, J. MATTHEW WATERS, )<br>JORDAN PRICE WALL GRAY JONES AND )<br>CARLTON, PLLC, ATLANTIC SHORES )<br>MANAGEMENT, LLC, ELIZABETH PARKER, )<br>THE HOMEOWNERS ASSOCIATION FOR THE )<br>38 TOWNHOMES THAT COMPRISE OLDE )<br>POINT VILLAS PHASE I, Inc., DANCO )<br>BUILDERS, INC. CHRIS COGGINS, JOHN )<br>AND JANE DOES, FRANK OSTMANN, OLDE )<br>POINT VILLAS, INC., and HOMEOWNERS )<br>ASSOCIATION FOR OLDE POINT VILLAS, )<br>INC., )<br> )<br>    Defendants. ) | **JUDGMENT IN A**<br>**CIVIL CASE**<br>**CASE NO. 7:21-CV-108-D** |

**Decision by Court.** This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS IN PART defendants' motions to dismiss [D.E. 31, 36, 41, 53] and DISMISSES the action. The court DENIES the parties' motions for sanctions [D.E. 36, 41, 53, 70, 74, 76] and plaintiff's motion for entry of default [D.E. 48].

**This Judgment Filed and Entered on June 27, 2022, and Copies To:**

| | |
|---|---|
| Robert Zimmerman | (Sent to 329 Sandpiper Lane Hampstead, NC 28443 via US Mail) |
| Theodore Nicholas Goanos | (via CM/ECF electronic notification) |
| Jason W. Burgess | (via CM/ECF electronic notification) |
| Mollie Mcqueen Cozart | (via CM/ECF electronic notification) |
| Hope Derby Carmichael | (via CM/ECF electronic notification) |
| Lori Peoples Jones | (via CM/ECF electronic notification) |

Paul H. Derrick (via CM/ECF electronic notification)

W. Dudley Whitley, III (via CM/ECF electronic notification)

DATE: PETER A. MOORE, JR., CLERK

June 27, 2022 (By) /s/ Nicole Sellers

                                                                                                                                        Deputy Clerk